**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-2283**

_____

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

BOBBY DARREN GRANTHAM,

                                    Defendant - Appellant,

            and

MARIETTA JONES GRANTHAM,

                                    Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, District Judge.  (CA-00-62-4-H-3)

_____

Submitted:  February 22, 2001        Decided:  March 12, 2001

_____

Before WIDENER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bobby Darren Grantham, Appellant Pro Se.  Sharon Coull Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bobby Darren Grantham appeals the district court's order granting summary judgment for the Government and ordering Defendants to vacate property in Greenville, North Carolina. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Grantham</u>, No. CA-00-62-4-H-3 (E.D.N.C. Oct. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>